Cause No. 10-13-00313-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

| | | |
|---|---|---|
| HOWARD HARRIS, JR. | § | IN THE COURT |
| V. | § | CRIMINAL APPEALS |
| THE STATE OF TEXAS | § | OF TEXAS |

MOTION TO EXTEND TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Howard Harris, Jr., Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file a Petition for Discretionary Review and for good cause shows the following:

1. This case is on appeal from the 85th Judicial District Court of Brazos County Texas.

2. The case is styled Howard Harris, Jr. v. The State of Texas and numbered 12-02272-CRF-85.

3. Appellant is currently incarcerated at the Telford Unit TDCJ-ID in Bowie County.

4. On December 11, 2014, the 10th Court of Appeals affirmed Appellant's conviction and issued an opinion.

5. Appellant is an unskilled layman and is proceeding pro se. He request this extension in order to research the cases pertaining to the issues and to seek assistance from the Law Library.

6. The facts relied upon above are based on good cause and not for purpose of delay.

FILED IN
COURT OF CRIMINAL APPEALS

JAN 12 2015

Abel Acosta, Clerk

1

7. Appellant respectfully request the Court to extend the time for filing his Petition for Discretionary Review for a period of ninety (90) days beginning from January 11, 2015 making his PDR due on or before April 11, 2015.

WHEREFORE PREMISES CONSIDERED, Appellant prays that this Court grant this motion to extend time to file a petition for discretionary review, and for such other and further relief as the Court may deem appropriate.

Respectfully Submitted,

*Howard Harris Jr.*
Howard Harris, Jr.
Telford Unit / 1882438
3899 State Hwy 98
New Boston, TX 75570

## Unsworn Declaration

I Howard Harris, Jr., #1882438, being presently incarcerated in the Telford Unit TDCJ-ID at Bowie County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct.

Executed on this 30th day of December 2014.

*Howard Harris Jr.*
Howard Harris, Jr.
Appellant Pro se

## Certificate of Service

I hereby certify that on December 30, 2014, a true and correct copy of Appellant's Petition for Discretionary Review Motion to extend time was mailed to the attorney for the State, Jarvis J. Parsons, via U.S. first class mail to 300 E. 26th Street, Suite 310, Bryan, TX 77803.

*Howard Harris Jr.*
Howard Harris, Jr.
Appellant Pro se

2